UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In re: <br> Lucas A. Hester, <br>        Debtor. | Case No. 22-12523-HAC-7 |
| Lucas A. Hester, <br>        Plaintiff, <br> v. <br> United States Department of Education, <br>        Defendant. | Adv. Proc. No. 23-1002-HAC |

**UNOPPOSED MOTION TO CONTINUE ANSWER DEADLINE**

The United States of America, by and through the United States Attorney for the Southern District of Alabama, Sean P. Costello, on behalf of the United States Department of Education (USDE) respectfully requests that the Court continue USDE's deadline to answer or otherwise respond to April 28, 2023, and reschedule the scheduling conference presently scheduled for March 14, 2023. As grounds, the United States submits:

    1.    On January 6, 2023, Plaintiff Lucas Hester filed his Complaint seeking a determination that certain student loans are dischargeable. [Doc. 1].

    2.    Consistent with the new Department of Justice guidance on student loan dischargeability determinations, the undersigned produced Hester's account information totaling more than 1200 pages. To allow Hester time to prepare an attestation and the parties time to determine whether this case qualifies for a possible stipulated proposal to the Court, the United

1

States respectfully requests that the current deadline to answer or otherwise respond be extended to April 28, 2023.

3. Additionally, the Court has presently set a scheduling conference for March 14, 2023. [Doc. 5]. Should the Court grant the requested extension, the United States further requests that the Court reschedule the scheduling conference to the next date convenient to the Court after the extended deadline of April 28, 2023.

4. The undersigned contacted Hester's counsel, James D. Patterson, who does not oppose this request for extension.

5. No party will be prejudiced by such an extension.

Based on the foregoing, the United States respectfully requests the Court continue the deadline to answer or otherwise respond to April 28, 2023.

          Respectfully submitted,

          SEAN P. COSTELLO
          UNITED STATES ATTORNEY

By: *s/Keith A. Jones*
     Keith A. Jones
     Assistant United States Attorney
     63 South Royal Street, Suite 600
     Mobile, Alabama 36602
     Telephone: (251) 415-7206
     Email: keith.jones2@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 27, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                *s/Keith A. Jones*
                                Keith A. Jones