UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>Gerald R. Kelly, Sr., and<br>Kimberly G. Kelly,<br><br>          Debtors. | Case No. 18-00472-HAC-13 |
| Gerald R. Kelly, Sr., and<br>Kimberly G. Kelly,<br><br>          Plaintiffs,<br><br>v.<br><br>United States Department of Education,<br><br>          Defendant. | Adv. Proc. No. 23-1007-HAC |

## **UNOPPOSED SECOND MOTION TO CONTINUE ANSWER DEADLINE**

The United States of America, by and through the United States Attorney for the Southern District of Alabama, Sean P. Costello, on behalf of the United States Department of Education (USDE) respectfully requests that the Court continue USDE's deadline to answer or otherwise respond to May 26, 2023, and reschedule the scheduling conference presently scheduled for May 23, 2023. As grounds, the United States submits:

1.     Since the United States' previous motion to continue the answer deadline in this case [Doc. 8], the United States has provided account information to Plaintiffs Gerald and Kimberly Kelly. The Kellys are working to prepare the attestation necessary for USDE and the undersigned to make a determination whether to enter into a stipulation regarding the dischargeability of the subject student loans.

1

2. To allow the Kellys time to prepare their attestation and for the parties to determine whether this case qualifies for a possible stipulated proposal to the Court, the United States respectfully requests that the current deadline to answer or otherwise respond be extended to May 26, 2023.

3. Additionally, the Court has presently set a scheduling conference for May 23, 2023. [Doc. 9]. Should the Court grant the requested extension, the United States further requests that the Court reschedule the scheduling conference to the next date convenient to the Court after the extended deadline of May 26, 2023.

4. The undersigned contacted Plaintiffs' counsel, James D. Patterson, who does not oppose this request for extension.

5. No party will be prejudiced by such an extension.

Based on the foregoing, the United States respectfully requests the Court continue the deadline to answer or otherwise respond to May 26, 2023.

> Respectfully submitted,
>
> SEAN P. COSTELLO
> UNITED STATES ATTORNEY
>
> By: *s/Keith A. Jones*
> Keith A. Jones
> Assistant United States Attorney
> 63 South Royal Street, Suite 600
> Mobile, Alabama 36602
> Telephone: (251) 415-7206
> Email: keith.jones2@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 28, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                 *s/Keith A. Jones*
                                                 Keith A. Jones