IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:<br><br>LaKeisha Marks McGill<br><br>Debtor. | Case No.: 19-11847<br><br>Chapter 13 |
| LAKEISHA MARKS MCGILL,<br><br>    PLAINTIFF,<br><br>VS.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>    DEFENDANT. | Adversary Case No.: 23-01008 |

**UNOPPOSED MOTION TO CONTINUE ANSWER DEADLINE**

COMES NOW the Plaintiff and respectfully requests that the Court continue the deadline for the Defendant to answer or otherwise respond by May 26, 2023, and reschedule the scheduling conference presently scheduled for June 13, 2023. As grounds, Plaintiffs submit the following:

1. Since the Defendant's previous motion to continue the answer deadline in this case [Doc. 10], the Defendant has provided account information to the Plaintiff. The Plaintiff is working to prepare the attestation necessary for Defendant and the undersigned to make a determination whether to enter into a stipulation regarding the dischargeability of the subject student loans.

2. The gathering of this information and working with the Plaintiff can take a significant amount of time. To allow additional time to prepare our attestation and for the parties to determine whether this case qualifies for a possible stipulated proposal to the Court, the Plaintiff respectfully requests that the current deadline to answer or otherwise respond be extended to July

14, 2023.

3.  Additionally, the Court has presently set a scheduling conference for June 13, 2023. [Doc. 12]. Should the Court grant the requested extension, the Plaintiff further requests that the Court reschedule the scheduling conference to the next date convenient to the Court after the extended deadline of July 14, 2023.

4.  The undersigned contacted Defendant's counsel who does not oppose this request for extension.

5.  No party will be prejudiced by such an extension.

6.  Based on the foregoing, the Plaintiff respectfully requests the Court continue the deadline to answer or otherwise respond to July 14, 2023.

Respectfully Submitted,

/s/ James D. Patterson
JAMES D. PATTERSON (PATTJ6485)
JAMES PATTERSON LLC
Attorney for Plaintiff
2153 Airport Boulevard
Mobile, Alabama 36606
Telephone: (251) 432-9212
E-mail: jdp@jamespattersonlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2023, the foregoing was electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record.

/s/ James D. Patterson
JAMES D. PATTERSON