IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:<br><br>Gerald Rawshaun Kelly, Sr.<br>Kimberly Gail Kelly<br><br>Debtors. | Case No.: 18-00472<br><br>Chapter 13 |
| GERALD RAWSHAUN KELLY, SR. and KIMBERLY GAIL KELLY,<br><br>    PLAINTIFFS,<br><br>VS.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>    DEFENDANT. | Adversary Case No.: 23-1007-HAC |

<u>ORDER GRANTING MOTION TO CONTINUE ANSWER DEADLINE [DOC. 13]</u>

The Court grants the Motion to Continue [Doc. 13] and continues the deadline for the Defendant to file a responsive pleading to July 14, 2023. The scheduling conference set for June 13, 2023, is rescheduled to July 18, 2023, Courtroom 2 West, 113 St. Joseph Street, Mobile, AL 36602.

Dated: May 26, 2023

                                                                     /s/ Henry A. Callaway
                                                                       HENRY A. CALLAWAY
                                                                       U.S. BANKRUPTCY JUDGE

<u>Order Prepared By:</u>
JAMES PATTERSON LLC
2153 Airport Boulevard
Mobile, Alabama 36606